PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

E-FILING

Filed
CR 08 00287 JF

APR 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF ARIZONA
DISTRICT OF CALIFORNIA
SAN JOSE

| DOCKET NUMBER *(Tran. Court)* |
| --- |
| 02CR50028-001-PHX-MHM |

| DOCKET NUMBER *(Rec. Court)* |
| --- |
| 00287 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| GARY ARREGUIN | | Phoenix |
| | NAME OF SENTENCING JUDGE | |
| | Mary H. Murguia | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/20/2008 | TO 7/19/2012 |
| --- | --- | --- | --- |

OFFENSE

Controlled Substance - Sell, Distribute, or Dispense

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the *Northern District of California* upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3 April '08
_____
Date

_____
United States District Judge Mary H. Murguia

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE *Northern District of California*

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/21/08
_____
Effective Date

_____
United States District Judge

21:860