# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

FILED
MAY 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

May 19, 2008

RE: CR 02-50028-1-PHX-MHM, USA v. Gary Arreguin

Dear Clerk of Court:

Enclosed are transfer documents pursuant to F.R.Crim.P. 18:3605. Documents include:

1) Certified copy of docket sheet          X
2) Consent to Transfer Case pursuant to 18:3605   X
3) Certified copy of indictment/charging document   *
4) Other: Order Revoking Supervised Release    X

Please acknowledge receipt of the enclosed documents by signing and dating the attached copy of this letter and return it to this office.

Sincerely,

RICHARD H. WEARE, DCE/CLERK

By  s/ Joanna Rosales
Deputy Clerk

Enclosures

cc:  Courtroom Deputy         U. S. Attorney
     U. S. Probation          Defendant's Attorney
     Pretrial Services        U. S. Marshal

* This document is unavailable at this time and is being researched.

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CR50028-001-PHX-MHM |
| | | DOCKET NUMBER (Rec. Court) |
| | | CR-08 00287 JF |

FILED / LODGED
RECEIVED ___ COPY
MAY 1 5 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| GARY ARREGUIN | District Of Arizona | Phoenix |
| | NAME OF SENTENCING JUDGE | |
| | Mary H. Murguia | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/20/2008 | TO 7/19/2012 |

OFFENSE

Controlled Substance - Sell, Distribute, or Dispense

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the *Northern District of California* upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3 Apr. 1 08
Date

_____
United States District Judge Mary H. Murguia

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE *Northern District of California*

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-21-08
Effective Date

_____
United States District Judge

Order Revoking SR
No JCC received,
Transfer from Colorado

I hereby attest and certify on 5-19-08
that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR 02-50028-PHX-MHM |
|---|---|
| Plaintiff, | ) ORDER |
| | ) REVOKING SUPERVISED RELEASE |
| vs. | ) |
| Gary Gerardo Arreguin, | ) |
| Defendant. | ) |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violation of standard condition 1 and special condition 1,

THE COURT FINDS that the defendant is in violation of the terms and conditions of his supervised release.

IT IS ORDERED **revoking the defendant's supervised release** and the defendant, GARY GERARDO ARREGUIN, shall be committed to the custody of the **Bureau of Prisons for a term of SEVEN (7) MONTHS**. The Court recommends that the defendant be placed in the Central District of California, if possible.

IT IS FURTHER ORDERED upon release from the Bureau of Prisons, defendant is placed on **supervised release for a term of FIFTY-THREE (53) MONTHS**.

///
///

      IT IS FURTHER ORDERED affirming standard conditions of supervision adopted by the Court in General Order 05-36. The Defendant shall comply with the following additional conditions:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

3. You shall provide the probation officer access to any requested financial information.

4. The defendant shall maintain full-time employment and/or schooling as directed by the probation officer.

5. You shall abstain from all use of alcohol or alcoholic beverages.

      Of particular importance, you shall not commit another federal, state, or local crime during the term of supervision; you shall report to the nearest United States Probation Office within 72 hours from release; and, you shall abstain from the use of all illicit substances.

      The defendant is remanded into the custody of the United States Marshal's Service.

      The defendant is advised of his right to appeal within 10 days.

      DATED this 15th day of June, 2007.

_____
Mary H. Murgula
United States District Judge

- 2 -

I hereby attest and certify on 5-19-08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:02-cr-50028-MHM-1

Case title: USA, et al v. Arreguin

Date Filed: 02/01/2002

Assigned to: Judge Mary H Murguia

**Defendant (1)**

**Gary Gerardo Arreguin**    represented by    **Jane L McClellan**
Federal Public Defenders Office
850 W Adams St
Ste 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: jane_mcclellan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:860 and 841(a)(1) and (b)(1)(C) and 18:2; Possession with intent to distribute a controlled substance within 1000 feet of a school; aiding and

**Disposition**

ORDER REVOKING SUPERVISED RELEASED ENTERED 06/18/07: dft committed to the custody of BOP for a term of 7 MONTHS; upon release dft

| | |
|---|---|
| abetting | shall be placed on supervised release for a term of 53 MONTHS |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Darcy A Cerow**<br>US Attorney's Office<br>2 Renaissance Sq<br>40 N Central Ave<br>Ste 1200<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Fax: 602-364-7929<br>Email: Darcy.Cerow@USDOJ.GOV<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2002 | 8 | PETITION TO REVOKE Supervised Release as to Gary Gerardo Arreguin ; petition filed on 3/12/02. (REW) (Entered: 01/14/2005) |
| 03/21/2002 | 1 | Copy of TRANSFER of supervised release Document and file from Dist of Colorado filed purs to 18:3605 from Dist of Colorado, Case number: 96CR-442-N; Gary Gerardo Arreguin (1) ordered by Judge Mary H. Murguia on 3/1/02 case closed (PHR) (Entered: 03/21/2002) |
| 03/28/2002 | 4 | CERTIFEID COPY OF TRANSFER of supervised release purs to 18:3605 from Dist of Colorado ordered on 2/1/02 by Judge Mary H. Murguia; the Clerk today received a certified copy of the following: docket sheet and indictment and transfer of jurisdiction form case closed (PHR) (Entered: 09/22/2003) |
| 12/22/2004 | 5 | SUPERSEDING PETITION TO REVOKE supervised release as to Gary Gerardo Arreguin ; . (CMM) (Entered: 12/27/2004) |
| 12/22/2004 | 6 | MOTION to quash and reissue warrant re superseding petition [6-1] by Gary Gerardo Arreguin (CMM) (Entered: 12/27/2004) |
| 12/22/2004 | | SUPERVISED RELEASE WARRANT issued for Gary Gerardo Arreguin ; (CMM) (Entered: 12/27/2004) |
| 12/27/2004 | 7 | ORDER by Judge Mary H. Murguia granting motion to quash and reissue warrant re superseding petition [6-1] by Gary Gerardo Arreguin (CMM) (Entered: 12/27/2004) |
| 01/06/2005 | 9 | Bench WARRANT (issued 3/12/02) returned unexecuted as to Gary Gerardo Arreguin; warrant quashed per order dated 12/21/04 (REW) (Entered: 01/14/2005) |
| 04/13/2007 | 10 | Arrest Warrant Returned Executed on 04/13/07 in case as to Gary Gerardo Arreguin. (ESL) (Entered: 04/20/2007) |
| | | |

| 04/20/2007 | 11 | Rule 5(c)(3) Documents Received from US District Court, Northern District of California as to Gary Gerardo Arreguin (ESL) (Entered: 04/23/2007) |
|---|---|---|
| 05/02/2007 | 12 | Minute Entry for proceedings held before Judge Lawrence O Anderson : FINANCIAL AFFIDAVIT TAKEN; Initial Appearance re Revocation of Supervised Release as to Gary Gerardo Arreguin held on 5/2/2007; Appearance entered by John Lopez, IV for Darcy A Cerow for United States of America, Jane L McClellan(FPD) for Gary Gerardo Arreguin on behalf of defendant; Added attorney Darcy A Cerow for United States of America and Jane L McClellan added for Dft Gary Gerardo Arreguin; Detention Hearing set for 5/8/2007 10:00 AM before Magistrate Judge Edward C Voss; Dft ordered temporarily detained in the Custody of USM; Preliminary Revocation Hearing set for 5/8/2007 10:00 AM before Magistrate Judge Edward C Voss.(Court Reporter COURTSMART). (LSP) (Entered: 05/04/2007) |
| 05/02/2007 | 13 | ORDER APPOINTING COUNSEL as to Gary Gerardo Arreguin, Jane L McClellan appointed for Gary Gerardo Arreguin. Signed by Judge Lawrence O Anderson on 5/2/07.(LSP) (Entered: 05/04/2007) |
| 05/08/2007 | 14 | Minute Entry for proceedings held before Judge Edward C Voss : Detention Hearing as to Gary Gerardo Arreguin submitted on 5/8/2007, Preliminary Revocation Hearing as to Gary Gerardo Arreguin waived. Admit/Deny Hearing set for 5/15/2007 at 10:30 AM before Judge Mary H Murguia.(Court Reporter COURTSMART). (ESL) (Entered: 05/08/2007) |
| 05/08/2007 | 15 | ORDER OF DETENTION pending further proceedings as to Gary Gerardo Arreguin. Signed by Judge Edward C Voss on 05/08/07.(ESL) (Entered: 05/08/2007) |
| 05/15/2007 | 16 | Minute Entry for proceedings held before Judge Mary H Murguia. Court Reporter: Merilyn Sanchez. Admit/Deny Hearing as to Gary Gerardo Arreguin held on 5/15/2007. Disposition Hearing set for 6/13/2007 at 01:30 PM before Judge Mary H Murguia.(KSP) (Entered: 05/15/2007) |
| 06/12/2007 | 17 | SENTENCING MEMORANDUM by Gary Gerardo Arreguin (McClellan, Jane) (Entered: 06/12/2007) |
| 06/13/2007 | 18 | Minute Entry for proceedings held before Judge Mary H Murguia. Court Reporter: Merilyn Sanchez. Disposition Hearing as to Gary Gerardo Arreguin held on 6/13/2007. Order to follow.(KSP) (Entered: 06/13/2007) |
| 06/18/2007 | 19 | ORDER REVOKING SUPERVISED RELEASE for Gary Gerardo Arreguin (1), dft committed to the custody of BOP for a term of 7 MONTHS. The Court Recommends that the dft be placed in the Central District of California, if possible; upon release dft shall be placed on supervised release for a term of 53 MONTHS. Signed by Judge Mary H Murguia on 06/15/07.(ESL) (Entered: 06/18/2007) |

| PACER Service Center |
|---|
| Transaction Receipt |

|  | 05/19/2008 15:14:59 | | |
|---|---|---|---|
| PACER Login: | us4935 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:02-cr-50028-MHM |
| Billable Pages: | 2 | Cost: | 0.16 |

I hereby attest and certify on 5-19-08
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By G. Waly _____ Deputy