IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>GARY ARREGUIN,<br><br>　　　　　　Defendant. | No. CR 08-00287- JF<br><br>**ORDER MODIFYING JUDGMENT TO CONFORM TO PLEA AGREEMENT** |

　　　Good cause appearing and by stipulation of the parties, it is hereby ORDERED that the Judgement in the case of <u>United States vs. Gary Arreguin</u>, CR 08-00287- JF, is corrected to read that Mr. Gary Arreguin's term of Supervised Release is terminated.   All other terms are to remain the same.

　　　August 11, 2009
Dated: ~~July _____, 2009~~

_____
JEREMY FOGEL
United States District Judge

**Order Correcting Judgement**
No. CR 08-00287- JF　　　　　　　1